RICHARD CLAXTON HALLOCK, Appellant, v. IRVING R. FAIRCHILD, as Administrator De Bonis Non, etc., of GEORGE W. FAIRCHILD, Deceased, and as Committee,

etc., of ALICE M. FAIRCHILD, an Incompetent Person, Respondent, Impleaded with JOHN J. HALLOCK, Trustee of the Estate of MARY HALLOCK, Deceased, Appellant.— Appeal dismissed, with costs, without prejudice to plaintiff to apply at Special Term within twenty days to open the default.